**1260**

■

STATE of Oklahoma ex rel. DEPART-
MENT OF HUMAN SERVICES,
Petitioner,

v.

The Honorable Richard HOVIS, Associate
District Judge, Kiowa County, State of
Oklahoma, and the Honorable Richard
R. Clarke, Special District Judge, Tulsa
County, State of Oklahoma, Respondent.

No. 82535.

Supreme Court of Oklahoma.

Jan. 11, 1994.

transfer is properly made according to the
provisions of 43A Supp.1992 § 5–504(A) from
a district court with jurisdiction over the
child, the transferee court must accept the
transferred cause, assume jurisdiction and
perform all duties required under the act,
43A O.S.Supp.1992 §§ 5–501 et seq.

/s/ Robert E. Lavender
Vice Chief Justice

LAVENDER, V.C.J., and HARGRAVE,
ALMA WILSON, KAUGER, SUMMERS,
WATT, JJ., concur.

OPALA, J., concurs in part, dissents in
part.

HODGES, C.J., and SIMMS, J., dissent.

Original jurisdiction is assumed and the
following order is issued: In cases where a